**Order entered February 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00955-CV

**ELYAHOU LAVIZADEH AND PARVANEH LAVIZADEH, TRUSTEES OF THE ELYAHOU AND PARVANEH LAVIZADEH TRUST 2004, Appellants**

**V.**

**ALI A. MOGHADAM, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06627**

## ORDER

Before the Court is appellee's February 11, 2019 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellee's brief due March 25, 2019.

/s/  BILL WHITEHILL
   JUSTICE